UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA       :

    v.       :   CASE NO. 8:15-CR-258 ... JSS
           :   8 U.S.C. § 1326(a) and (b)(1)
DAMASO CANDIDO LUGO-MARQUEZ       :   8 U.S.C. § 1325(a)(1)
a/k/a Heriberto Garay Andino       :   18 U.S.C. §§ 1015(e) and 1028A

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about July 10, 2015, at Frostproof, Polk County, in the Middle District of Florida,

DAMASO CANDIDO LUGO-MARQUEZ,
a/k/a Heriberto Garay Andino,

defendant herein, being an alien of the United States who had been previously convicted of the felony offense of Illegal Re-Entry, Case No. 8:06-CR-139-T-30TBM, on August 18, 2006, in the United States District Court for the Middle District of Florida, Tampa Division, and who had been arrested and deported from the United States to Mexico on or about February 14, 2012, after having been previously deported on September 16, 2006, and July 3, 2005, and who had not received the consent of the Secretary for the Department of Homeland Security to re-apply for admission, was found to be voluntarily in the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

## COUNT TWO

On or about July 10, 2015, at Frostproof, Polk County, in the Middle District of Florida,

### DAMASO CANDIDO LUGO-MARQUEZ,
a/k/a Heriberto Garay Andino,

defendant herein, being an alien of the United States and a citizen of Mexico was apprehended after having knowingly entered the United States at a time and place other than as designated by immigration officers.

In violation of Title 8, United States Code, Sections 1325(a)(1) and 1329.

## COUNT THREE

On or about April 8, 2014, at Brandon, Hillsborough County, in the Middle District of Florida

### DAMASO CANDIDO LUGO-MARQUEZ,
a/k/a Heriberto Garay Andino,

defendant herein, utilizing the identity information of another person, did knowingly make a false statement and claim that he was a citizen and national of the United States with the intent to obtain a Florida Driver License on his behalf, a Florida State benefit.

In violation of Title 18, United States Code, Section 1015(e).

## COUNT FOUR

On or about April 8, 2014, at Brandon, Hillsborough County, in the Middle District of Florida,

### DAMASO CANDIDO LUGO-MARQUEZ,
a/k/a Heriberto Garay Andino,

defendant herein, during and in relation to a felony violation enumerated in Title 18,

2

United States Code, Section 1028A, namely, Illegal Re-Entry of a Deported Felon Alien, in violation of Title 8, United States Code, Section 1326(a) and (b)(1), as charged in Count One of this Indictment, the allegations of which are incorporated herein by reference, did knowingly use, without lawful authority, a means of identification of another person, namely, the name and birth date of Heriberto Garay Andino, when applying for a Florida Driver License.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

_____
FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: _____
DONALD L. HANSEN
Assistant United States Attorney
Senior Litigation Counsel

_____
SIMON GAUGUSH
Assistant United States Attorney
Chief, General Crimes Section

3

FORM OBD-34
APR 1991

No. 8:15-CR-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### DAMASO CANDIDO LUGO-MARQUEZ
a/k/a Heriberto Garay Andino

### INDICTMENT

Violations:
Title 8, United States Code, Section 1326(a) and (b)(1)
Title 8, United States Code, Section 1325(a)(1)
Title 18, United States Code, Sections 1015(e) and 1028A

A true bill,

_____
Foreperson

Filed in open court this 16th day
of July 2015.

_____
Clerk

Baii  $ _____

GPO 863 525